Svetlana GRIGORYAN, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 05-77020.

United States Court of Appeals, Ninth Circuit.

May 12, 2008.

Artem M. Sarian, Artem M. Sarian, Attorney at Law, for Petitioner.

Bryan S. Beier, Washington, DC, CAC-District Counsel Los Angeles, CA, Ronald E. Lefevre, San Francisco, CA, for Respondent.

Before: HARRY PREGERSON, STEPHEN REINHARDT, and A. WALLACE TASHIMA, Circuit Judges.

## ORDER

The opinion filed February 5, 2008, and appearing at 515 F.3d 999 (9th Cir.2008), is withdrawn. Pursuant to General Order 5.3.a, a memorandum disposition is filed contemporaneously with this order. With the withdrawal of the opinion and the filing of the memorandum disposition, the Government's petitions for rehearing and rehearing en banc are denied as moot. Further petitions for rehearing and rehearing en banc may be filed with respect to the memorandum disposition pursuant to Federal Rule of Appellate Procedure 40.